DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMMY NGUYEN**,
Appellant,

v.

**SOUTH FLORIDA COMMERCIAL PROPERTIES, LLC**,
Appellee.

No. 4D22-558

[May 25, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser; L.T. Case No. 502017CA009005.

David R. Strong of Law Office of David R. Strong, P.A., Fort Lauderdale, and Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, for appellant.

Hinda Klein and Jesse Dyer of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS, and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***